# MEMORANDUM CASES.

[S. F. No. 7566.   In Bank.—February 9, 1916.]

SUTTER STREET RAILWAY COMPANY (a Corporation), Petitioner, v. SUPERIOR COURT IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

INJUNCTION—CONTINUOUS TRESPASS.—Writ of mandate ordered to issue on the authority of *United Railroads of San Francisco* v. *Superior Court, ante,* p. 80.

APPLICATION for a Writ of Mandate directed to the Superior Court of the City and County of San Francisco and to George E. Crothers, one of the Judges thereof.

The facts are similar to those stated in the opinion of the court in *United Railroads of San Francisco* v. *Superior Court, ante,* p. 80.

Wm. M. Abbott, and Wm. M. Cannon, for Petitioner.

Matt I. Sullivan, and George Lull, for Respondents.

THE COURT.—Upon the authority of the *United Railroads of S. F.* v. *The Superior Court, etc.,* S. F. No. 7565, this day decided, *ante,* p. 80, it is ordered that a writ of mandate issue as prayed for.

Lawlor, J., dissented.